| **Fill in this information to identify the case:** | |
|---|---|
| Debtor | **Lebenthal Asset Management, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **17-13339 (MG)** |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**

_____
_____
_____

_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor **Lebenthal Asset Management, LLC**     Case number (if known) **17-13339 (MG)**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Accuity**<br>**Attn: Officer, Managing or General Agent**<br>**810 7th Ave #1110**<br>**New York          NY      10019**<br>Date or dates debt was incurred<br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>**Trade**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$1,709.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Adams, Harkness Asset Management, Inc.**<br>**Attn: John Adams**<br>**99 High Street**<br>**Boston          MA      02110**<br>Date or dates debt was incurred<br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>**Promissory note**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$292,116.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Advent Software, Inc.**<br>**Attn: Officer, Managing or General Agent**<br>**600 Townsend Street, 5th Floor**<br>**San Francisco          CA      94103**<br>Date or dates debt was incurred<br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>**Trade**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**American Telephone Company**<br>**c/o Leslie Martin Shamis**<br>**64 West Park Ave., 2nd Floor**<br>**PO Box 570**<br>**Long Beach          NY      11561**<br>Date or dates debt was incurred  **8/30/2017**<br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br>**Notice Only**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$0.00** |

Debtor **Lebenthal Asset Management, LLC**     Case number (if known) **17-13339 (MG)**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

**Archer**
**c/o Law Office of David A. Feldheim**
**600 W. Germantown Pike, Ste. 400**
**Plymouth Meeting, PA 194262**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **Trade**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$51,463.00**

---

**3.6** Nonpriority creditor's name and mailing address

**Ashland Partners & Co.**
**Attn: Officer, Managing or General Agent**
**525 Bingham Knoll Drive, mSite 200**
**Jacksonville    OR    97530**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$25,800.00**

**Contract between Debtor and Ashland Partners & Co. dated 4/7/14 for firm wide verification and performance examination.**

---

**3.7** Nonpriority creditor's name and mailing address

**Broadridge Financial Solutions**
**Attn: Officer, Managing or General Agent**
**1155 Long Island Avenue**
**Edgewood    NY    11717**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Trade**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$28,645.00**

---

**3.8** Nonpriority creditor's name and mailing address

**California Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento    CA    95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Notice Only**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

Debtor **Lebenthal Asset Management, LLC**     Case number (if known) **17-13339 (MG)**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

                                                   **Amount of claim**

---

**3.9**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$50.00**

**CT Corporation**
**Attn: Adam Steimel, Customer Specialist**
**111 8th Avenue, 13th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New York    NY    10011**

**Basis for the claim:**
**Trade**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Douglas Famigletti**
**232 Jonathan Road**

☐ Contingent
☐ Unliquidated
☒ Disputed

**New Canaan    CT    06840**

**Basis for the claim:**
**Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$5,472.00**

**EPFR Global**
**Attn: Officer, Managing or General Agent**
**80 Sherman Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cambridge    MA    02140**

**Basis for the claim:**
**Trade**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Contract between Debtor and EPFR Global for monthly report tracking equity fund country weighings.**

---

**3.12**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$11,187.00**

**ESRT One Grand Central Place, LLC**
**One Grand Cetnral Place**
**60 East 42nd Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New York    NY    10017**

**Basis for the claim:**
**Rent**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **Lebenthal Asset Management, LLC**    Case number (if known) **17-13339 (MG)**

### Part 2:  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**eVestment Alliance, LLC**
**Attn: Officer, Managing or General Agent**
**58 West 40th Street, 4th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade**

**New York                    NY      10018**

**Date or dates debt was incurred**
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Contract dated 1/28/16 between Debtor and eVestment Alliance, LLC to input management information into databases.**

---

| 3.14 | Nonpriority creditor's name and mailing address | | **$160,762.00** |

**Factset Research Systems, Inc.**
**Attn: Michael Wollins**
**90 Park Avenue**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract/Lease**

**New York                    NY      10016**

**Date or dates debt was incurred**
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Master Agreement between Debtor and Factset Research Systems, Inc. dated 2/12/14 for research products.**

---

| 3.15 | Nonpriority creditor's name and mailing address | | **$990.00** |

**FIS Brokerage & Securities Services**
**Attn: Officer, Managing or General Agent**
**62446 Collections Center Drive**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade**

**Chicago                      IL      60693**

**Date or dates debt was incurred**
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | | **$243,189.00** |

**Fortigent**
**Attn: Brad Jacobs, LPL**
**75 State Street, 24th Floor**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade**

**Boston                       MA      02109**

**Date or dates debt was incurred**
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **Lebenthal Asset Management, LLC** | Case number (if known) | **17-13339 (MG)** |
|---|---|---|---|

### Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.17**    Nonpriority creditor's name and mailing address

**Gantcher Family Limited Partnership**
**Attn: Nathan Gantcher**
**767 Third Avenue**
**16th Floor**
**New York**　　　　　　　　**NY**　　**10017**

Date or dates debt was incurred　　**12/29/2015**
Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

Is the claim subject to offset?
☒ No
☐ Yes

$100,000.00

---

**3.18**    Nonpriority creditor's name and mailing address

**Griffin Asset Management, Inc.**
**Attn: Douglas M. Famigletti, CFA**
**230 Park Ave, 10th Floor, Ste 61**

**New York**　　　　　　　　**NY**　　**10169**

Date or dates debt was incurred
Last 4 digits of account number　　__ __ __ __

**Does not include interest**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

Is the claim subject to offset?
☒ No
☐ Yes

$150,000.00

---

**3.19**    Nonpriority creditor's name and mailing address

**Hamburger Law Firm**
**c/o Gary Grant, GGR Inc.**
**5858 Westheimer Road, #500**

**Houston**　　　　　　　　**TX**　　**77057**

Date or dates debt was incurred
Last 4 digits of account number　　__ __ __ __

**In collections**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

$27,596.00

---

**3.20**    Nonpriority creditor's name and mailing address

**i-Impact Group, Inc.**
**Attn: Officer, General or Managing Agent**
**40 Ettl Lane**

**Greenwich**　　　　　　　　**CT**　　**06831**

Date or dates debt was incurred
Last 4 digits of account number　　__ __ __ __

**Letter agreement between Debtor and i-Impact Group, dated in or about 2013 for public relations announcements.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| | |
|---|---|
| Debtor **Lebenthal Asset Management, LLC** | Case number (if known) **17-13339 (MG)** |

### Part 2: Additional Page

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*

Amount of claim

**3.21** Nonpriority creditor's name and mailing address — **Unknown**

**Interactive Data**
**Attn: Officer, General or Managing Agent**
**100 Church Street, #11**

**New York    NY    10007**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**NEED CONTRACT DESCRIPTION**

---

**3.22** Nonpriority creditor's name and mailing address — **$0.00**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**

**Philadelphia    PA    19101-7346**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address — **$23,944.00**

**InvestorTools**
**Attn: Officer, Managing or General Agent**
**100 Bridge Street Plaza**

**Yorkville    IL    60560**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**NEED CONTRACT DESCRIPTION**

---

**3.24** Nonpriority creditor's name and mailing address — **Unknown**

**Jeremy Diamond**
**c/o Berlandi Nussbaum & Reitzas**
**527 Route 22, Suite 2**

**Pawling    NY    12564**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Guaranty**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Lebenthal Asset Management, LLC** | Case number (if known) | **17-13339 (MG)** |
|---|---|---|---|

## Part 2: Additional Page

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*

**Amount of claim**

---

**3.25** Nonpriority creditor's name and mailing address

**Joel Jacks**
**545 Claflin Avenue**

**Mamaroneck          NY     10543**

Date or dates debt was incurred    **12/29/2015**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

Is the claim subject to offset?
☒ No
☐ Yes

**$100,000.00**

---

**3.26** Nonpriority creditor's name and mailing address

**John Cahill, Esq.**
**Regional Counsel for NY/NJ**
**U.S. Dept of Housing & Urban Development**
**26 Federal Plaza, Room 3500**
**New York          NY     10278-0068**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.27** Nonpriority creditor's name and mailing address

**Joseph J. Plumeri II**
**654 Madison Ave, Suite 705**

**New York          NY     10065**

Date or dates debt was incurred    **12/29/2015**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Note**

Is the claim subject to offset?
☒ No
☐ Yes

**$100,000.00**

---

**3.28** Nonpriority creditor's name and mailing address

**Kelley Drye & Warren LLP**
**Attn: Timothy Lavender, Esq.**
**101 Park Avenue**

**New York          NY     10178**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

**$28,912.00**

Debtor **Lebenthal Asset Management, LLC**          Case number (if known) **17-13339 (MG)**

## Part 2: Additional Page

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

**Kupfer & Associates**
**Attn: Corey Kupfer, Esq.**
**800 Westchester Ave, Ste 641N**

**Rye Brook            NY     10573**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,221.00**

---

**3.30** Nonpriority creditor's name and mailing address

**Lebenthal & Co., LLC**
**17 East 96th Street, #9A**
**New York, NY 10128**
**Attn: Alexandra Lebenthal**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Intercompany debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.31** Nonpriority creditor's name and mailing address

**Lebenthal Family Office, LLC**
**c/o Gordian Group LLC**
**950 Third Avenue, 17th Floor**
**New York, NY 10022**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Intercompany debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.32** Nonpriority creditor's name and mailing address

**Lebenthal Holdings, LLC**
**c/o Gordian Group LLC**
**950 Third Avenue, 17th Floor**
**New York, NY 10022**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Intercompany debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor **Lebenthal Asset Management, LLC**     Case number (if known) **17-13339 (MG)**

## Part 2:  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

                                                                                              **Amount of claim**

### 3.33 Nonpriority creditor's name and mailing address      **Unknown**

**Lebenthal Wealth Advisors, LLC**
**c/o Gordian Group LLC**
**950 Third Avenue, 17th Floor**
**New York, NY 10022**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Intercompany debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 3.34 Nonpriority creditor's name and mailing address      **Unknown**

**Lincoln Building Associates, L.L.C.**
**Attn: Officer, Managing or General Agent**
**60 East 42nd Street, #803**

**New York     NY     10165**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Rent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 3.35 Nonpriority creditor's name and mailing address      **$50,000.00**

**Louis A. Matis**
**775 Flintlock Road**

**Southport     CT     06490**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Promissory note**

Date or dates debt was incurred **12/29/2015**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 3.36 Nonpriority creditor's name and mailing address      **$0.00**

**Michigan Dept. of Treasury**
**Tax Policy Division; Attn: Litigation Li**
**2nd Floor, Austin Building**
**430 West Allegan Street**
**Lansing     MI     48922**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Notice Only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor **Lebenthal Asset Management, LLC**    Case number (if known) **17-13339 (MG)**

| **Part 2:** | **Additional Page** |

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*    **Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

**MSCI Inc.**
**Attn: Officer, Managing or General Agent**
**250 Greenwich Street**

**New York        NY    10007**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$63,478.00**

**Contract between Debtor and MSCI Inc. for research services.**

---

**3.38** Nonpriority creditor's name and mailing address

**NYC Dept. of Finance**
**345 Adams Street, 3rd Floor**
**Attn: Legal Affairs Division**

**Brooklyn        NY    11201-3719**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.39** Nonpriority creditor's name and mailing address

**NYS Dept. Taxation & Finance**
**Bankruptcy/Special Procedures Section**
**P.O. Box 5300**

**Albany        NY    12205-0300**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.40** Nonpriority creditor's name and mailing address

**NYS Unemployment Insurance Fund**
**Attn: Officer, Managing or General Agent**
**P.O. Box 551**

**Albany        NY    12201**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **Lebenthal Asset Management, LLC**     Case number (if known) **17-13339 (MG)**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.41** Nonpriority creditor's name and mailing address

**NYSE Market Inc.**
**Attn: Officer, Managing or General Agent**
**11 Wall Street**

**New York          NY     10007**

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract/Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

Contract between Debtor and NYSE Market Inc. for market data.

**3.42** Nonpriority creditor's name and mailing address

**Options Price Reporting Authority**
**Attn: Officer, Managing or General Agent**
**One North Wacker Dr.**

**Chicago          IL     60606**

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

Contract between Debtor and Options Price Reporting Authority for market data.

**3.43** Nonpriority creditor's name and mailing address

**Parking Violations Bureau**
**210 Joralemon Avenue**

**Brooklyn          NY     11201**

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.44** Nonpriority creditor's name and mailing address

**Peter Shulte**
**c/o Carl Marks & Co.**
**900 Third Ave., 33rd Floor**

**New York          NY     10022**

Date or dates debt was incurred   **12/29/2015**
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory note**

Is the claim subject to offset?
☒ No
☐ Yes

**$50,000.00**

Debtor **Lebenthal Asset Management, LLC**          Case number (if known) **17-13339 (MG)**

### Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.45** Nonpriority creditor's name and mailing address

**Pitney Bowes Global Financial Services**
**Attn: Officer, Managing or General Agent**
**P.O. Box 371887**

**Pittsburgh          PA     15250-7887**

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment Lease**

Is the claim subject to offset?
☒ No
☐ Yes

$1,985.00

---

**3.46** Nonpriority creditor's name and mailing address

**Purchase Power**
**Attn: Officer, Managing or General Agent**
**P.O. Box 371874**

**Pittsburgh          PA     15250-7874**

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☒ No
☐ Yes

$361.00

---

**3.47** Nonpriority creditor's name and mailing address

**Robert Roberts**
**Office of Site Remidation Enforcement**
**U.S. Environmental Protection-Mail 2272A**
**1200 Pennsylvania Ave, NW**

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.48** Nonpriority creditor's name and mailing address

**rpmAUM**
**Attn: Officer, Managing or General Agent**
**c/o Russel M. Parker**
**6515 East Lafayette Boulevard**
**Scottsdale          AZ     85251**

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☒ No
☐ Yes

$36,000.00

---

Debtor **Lebenthal Asset Management, LLC**   Case number (if known) **17-13339 (MG)**

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address

**S&P Securities Evaluations Inc.**
**Attn: Officer, Managing or General Agent**
**55 Water Street, 45th Floor**

**New York          NY     10041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

Contract between Debtor and S&P Securities Evaluations, Inc. for municipal bond evaluations and statements.

---

**3.50** Nonpriority creditor's name and mailing address

**S&P Securities Evaluations Inc.**
**Attn: Officer, Managing or General Agent**
**55 Water Street, 45th Floor**

**New York          NY     10041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,017.00**

---

**3.51** Nonpriority creditor's name and mailing address

**Social Security Administration**
**Off. of Regional Chief Counsel, Region 2**
**26 Federal Plaza, Room 3904**

**New York          NY     10278**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.52** Nonpriority creditor's name and mailing address

**Telemet**
**Attn: Officer, Managing or General Agent**
**325 First St**

**Alexandria          VA     22314**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,110.00**

---

Debtor **Lebenthal Asset Management, LLC**    Case number (if known) **17-13339 (MG)**

## Part 2: Additional Page

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*

Amount of claim

**3.53** Nonpriority creditor's name and mailing address

**Time Warner Cable 6803**
**Attn: Officer, Managing or General Agent**
**P.O. Box 11820**

**Newark    NJ    07101-8120**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☒ No
☐ Yes

$2,258.00

---

**3.54** Nonpriority creditor's name and mailing address

**Travelers**
**CL Remittance Center**
**Attn: Officer, Managing or General Agent**
**P.O. Box 660317**

**Dallas    TX    75266-0317**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☒ No
☐ Yes

$578.00

---

**3.55** Nonpriority creditor's name and mailing address

**U. S. Trustee's Office (Poughkeepsie)**
**74 Chapel Street**

**Albany    NY    12207**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.56** Nonpriority creditor's name and mailing address

**U.S. Department of Education**
**P.O. Box 5609**

**Greenville    TX    74503-5609**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|
| | **U.S. Dept. of Health & Human Services**<br>**Office of the General Counsel**<br>**26 Federal Plaza, Room 3908**<br><br>**New York     NY    10278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Notice Only** | |
| | Date or dates debt was incurred<br>Last 4 digits of account number  __ __ __ __ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|
| | **U.S. Securities and Exchange Commission**<br>**New York Regional Office**<br>**Brookfield Place**<br>**200 Vesey Street, Suite 400**<br>**New York     NY    10281-1022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Notice Only** | |
| | Date or dates debt was incurred<br>Last 4 digits of account number  __ __ __ __ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|
| | **United States Attorney's Office**<br>**Southern District of New York**<br>**Attn: Tax & Bankruptcy Unit**<br>**86 Chambers Street, Third Floor**<br>**New York     NY    10007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Notice Only** | |
| | Date or dates debt was incurred<br>Last 4 digits of account number  __ __ __ __ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|
| | **United States Trustee's Office**<br>**Region 2**<br>**U.S. Federal Office Building**<br>**201 Varick Street, Room 1006**<br>**New York     NY    10014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Notice Only** | |
| | Date or dates debt was incurred<br>Last 4 digits of account number  __ __ __ __ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

Debtor **Lebenthal Asset Management, LLC**     Case number (if known) **17-13339 (MG)**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

   | | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
   |---|---|---|---|
   | **4.1** | **eVestment Alliance, LLC**<br>**Attn: Officer, Manging or General Agent**<br>**100 Glenridge Point Pkwy, Ste 100**<br><br>**Atlanta     GA    30342** | Line **3.13**<br>☐ Not listed. Explain: | __ __ __ __ |
   | **4.2** | **Shelly Stone**<br>**AYCO Company LP**<br>**Attn: Officer, Managing or General Agent**<br>**321 Broadway**<br>**Saratoga Springs    NY    12866** | Line **3.27**<br>☐ Not listed. Explain: | __ __ __ __ |

Debtor   **Lebenthal Asset Management, LLC**                           Case number (if known)   **17-13339 (MG)**

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$1,594,843.00** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$1,594,843.00** |